IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TRISTAN MICHAEL HYDE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:24cv420-MHT |
| | ) | (WO) |
| CITY OF DOTHAN and STATE OF ALABAMA, | ) ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at a county jail, filed this lawsuit asserting that a state statute deprives him of the ability to obtain copies of certain investigative reports from defendants, in violation of his rights to due process and equal protection.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion proceed in forma pauperis be denied and that his complaint be dismissed without prejudice under 28 U.S.C. § 1915(g). Also before the court are plaintiff's objections to the

recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

The court notes that plaintiff argues in his objections that, in lieu of dismissing the case, the court should simply order him to pay the filing fee so that he can "find a direction to source funding for his legal pursuits in the federal tribunal in regards to the instant case." Objections (Doc. 5) at 5. As it is unclear whether plaintiff will ever be able to find such a funding source and how long it would to take to do so, the court rejects this argument. Should plaintiff find a source of funding to pay the filing fee, he may file a new lawsuit.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**