```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


TRISTAN MICHAEL HYDE,         )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         1:24cv420-MHT
                              )              (WO)
CITY OF DOTHAN and STATE      )
OF ALABAMA,                   )
                              )
     Defendants.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's objections (Doc. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(3) Plaintiff's motion to proceed in forma pauperis (Doc. 2) is denied.

(4) Plaintiff's complaint is dismissed without prejudice under 28 U.S.C. § 1915(g).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of October, 2024.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE